AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**PAUL WILLIAMS, JR**
**PDID:** xxx-xxx
**DOB:** xx/xx/76

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __OCTOBER, 16 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded Lorcin 9mm semi-automatic handgun and ammunition.**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER JARON HICKMAN__ and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:     ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JARON HICKMAN**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                              City and State

_____    _____
Name & Title of Judicial Officer              Signature of Judicial Officer