## **STATEMENT OF FACTS**

On Sunday, October 16, 2005, at about 3:45 a.m., sworn officers with the Metropolitan Police Department's Seventh District were on patrol in the 4500 block of South Capitol Street, S.E. Washington, D.C., when they heard gunshots and were subsequently dispatched to 73 Galveston Street, S.W., Washington, D.C. When officers arrived they saw defendant Paul Williams, Jr., speeding away in a car. Police followed, and investigated after observing the vehicle crash into a tree. Officers recovered a loaded Lorcin 9mm semi-automatic handgun from the floor of the front passenger seat. There were no other passengers in the vehicle. Police summoned medical help for the defendant and he was taken to the hospital . Police eventually arrested, defendant Williams. The car is registered to the defendant's girlfriend. She later told police that defendant had gotten into the car at the time of the gunfire Sunday morning.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the Lorcin handgun, nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER JARON HICKMAN
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF OCTOBER, 2005.


_____
U.S. MAGISTRATE JUDGE